|   |   |
|---|---|
| 1 | Phillip G. Simpler (SBN 292486) |
| 2 | E-Mail: psimpler@fisherphillips.com<br>FISHER & PHILLIPS LLP |
| 3 | 4747 Executive Drive, Suite 1000<br>San Diego, California 92121 |
| 4 | Telephone: (858) 597-9600<br>Facsimile: (858) 597-9601 |
| 5 | Attorneys for Defendant |
| 6 | TOO GOOD TO GO, INC. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| THEODORE KIRKINIS, an individual, | Case No: **'24CV0678 BEN AHG** |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL BOOKSER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446** |
| v. | |
| TOO GOOD TO GO, INC., a California limited liability company; and Does 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: November 13, 2023<br>Trial Date:     Not Set |

### DECLARATION OF MICHAEL BOOKSER

I, Michael Bookser, declare and state as follows:

1. I am the Director of Legal and Chief Executive Officer for Defendant TOO GOOD TO GO, INC. (hereinafter "TGTG"). I make this declaration in support of TGTG's Notice for Removal of Action.

2. I am over the age of 18 and state the following based on my personal knowledge.

3. At the time of the filing of this action, TGTG was and continues to be a Delaware corporation and a wholly owned subsidiary of international company Too Good to Go Holding, ApS. TGTG's principal place of business and corporate office is located in New York. TGTG's Managing Director resides

1  and works in Virginia and I reside and work in Connecticut. TGTG has no
2  officers, directors or upper level managers who reside or work in California.
3       I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct, and that this declaration is executed
5  on ____13-Apr-24 | 00:14 GEST____, at ____Stamford____, Connecticut.

                                           DocuSigned by:

                                           *Michael Bookser*

                                           MICHAEL BOOKSER

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On April 15, 2024, I served the foregoing document entitled **DECLARATION OF MICHAEL BOOKSER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| NEVELS NICHOLS, LLP<br>Christopher Nichols (SBN 316417)<br>10089 Willow Creek Rd., Suite 200<br>San Diego, CA 92131 | Tel.: (619) 374-1100<br>Emails:<br>Service@NevelsNichols.com<br><br>Attorney for Plaintiff<br>THEODORE KIRKINIS |
|---|---|

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed April 15, 2024, at San Diego, California.

Andrea N. Ford
Print Name

By: *Andrea N. Ford*
Signature